# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.   No. 4:08CR00138 JLH

ANTONIO YANCY

## ORDER

The United States has filed a response to the motion under 28 U.S.C. § 2255 filed by Antonio Yancy. If Yancy wishes to file a reply, he must do so on or before December 28, 2012.

IT IS SO ORDERED this 3rd day of December, 2012.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE