## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                     PLAINTIFF

VS.                                        NO. 4:08CR138-JLH

ANTONIO YANCY                                                                                 DEFENDANT

### ORDER

On October 5, 2015, Mr. Yancy came before the court for an Initial Appearance after his arrest on the Government's motion to revoke supervised release. (Docket entry #82) Mr. Yancy tested presumptively positive for illicit drug usage immediately before the hearing, but defense counsel asserted that Mr. Yancy was competent to proceed with the hearing. Mr. Yancy was informed of his rights and the alleged violations of release conditions. He moved for release pending a revocation hearing before Judge J. Leon Holmes, specifically requesting admission to inpatient drug treatment and mental health counseling. With no objection from the Government, the court released Mr. Yancy from custody and ordered that he immediately be admitted for inpatient drug and mental health counseling as previously arranged by the United States Probation Officer.

IT IS SO ORDERED this 6th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE