**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 27 2015
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                   NO. 4:08CR00138-01 JLH

ANTONIO YANCY                                                                DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Tuesday, October 27, 2015, for the scheduled hearing on the government's superseding motion to revoke supervised release in this matter. Assistant United States Attorney John Ray White was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Lisa G. Peters.

Upon inquiry from the Court, the defendant admitted all of the allegations except those concerning his whereabouts being unknown on September 30, 2015; and the circumstances surrounding his dismissal from the inpatient treatment facility. Following witness testimony and argument from counsel, the Court determined that the allegations previously denied had been proven. Accordingly, the Court finds that all violations contained in the superseding motion to revoke occurred, and the superseding motion to revoke is GRANTED. Document #88.

IT IS THEREFORE ORDERED that defendant be sentenced to **60 DAYS IMPRISONMENT. Upon completion of the term of imprisonment, the defendant will immediately be delivered to the Arkansas State Hospital for evaluation and treatment as determined by the hospital.**

IT IS FURTHER ORDERED that upon completion of the term of imprisonment, supervised release is reimposed with an expiration date of September 15, 2018. All conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 27th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE