## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            NO. 4:08CR00138-01 JLH

ANTONIO YANCY                                                                                DEFENDANT

### ORDER

Before the Court is the government's superseding motion for revocation of defendant Antonio Yancy's supervised release. Document #102. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's superseding motion to revoke is scheduled to begin on **TUESDAY, FEBRUARY 28, 2017, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **ANTONIO YANCY** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Lisa Peters is hereby reappointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 13th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE